# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3041**                                              **September Term, 2024**

1:23-cr-00427-DLF-1

Filed On: March 28, 2025 [2108269]

United States of America,

        Appellee

    v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

        Appellant

## O R D E R

The notice of appeal was filed on March 28, 2025, and docketed in this court on March 28, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | April 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | April 14, 2025 |
| Transcript Status Report | April 14, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3041**　　　　　　　　　　　　　　　　**September Term, 2024**

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:   /s/
                     Erica M. Thorner
                     Deputy Clerk

The following forms and notices are available on the Court's website:

    Criminal Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form