# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-3041**     September Term, 2024

1:23-cr-00427-DLF-1

Filed On: March 28, 2025 [2108310]

United States of America,

    Appellee

  v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's March 28, 2025 order directing appellant to file initial submissions be vacated.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:  /s/
    Erica M. Thorner
    Deputy Clerk