# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Dan Wilson

**Case No:** 25-3041

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

### Counsel Information

**Lead Counsel:** Chrisellen R. Kolb

**Direct Phone:** (202) 252-6833  **Fax:** (___) _____  **Email:** chrisellen.kolb@usdoj.gov

**2nd Counsel:** Daniel J. Lenerz

**Direct Phone:** (202) 252-7027  **Fax:** (___) _____  **Email:** daniel.lenerz@usdoj.gov

**3rd Counsel:** Nicholas P. Coleman

**Direct Phone:** (202) 252-6757  **Fax:** (___) _____  **Email:** nicholas.coleman@usdoj.gov

**Firm Name:** U.S. Attorney's Office for the District of Columbia

**Firm Address:** 601 D Street, NW, Washington, DC 20530

**Firm Phone:** (202) 252-6829  **Fax:** (___) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)