# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 25-3041    1a. Criminal Action Number: 23-cr-427 25-cv-545
2. Case Name: United States of America vs. Dan Edwin Wilson
3. Appellant's Name: Dan Edwin Wilson
   3a. Appellant's Defendant No.: 1    3b. Appellant's Fed. Reg/PDID No. 42452510
4. Date of conviction 05/17/2024    4a. Date of sentence 08/28/2024
5. Name of District Court Judge Dabney L. Friedrich
6. Date of Notice of Appeal Filed: 03/28/2025
7. Offense(s) of conviction: Two firearms offense and one January 6th Offense
8. Did appellant plead guilty?    ● Yes  ○ No
9. What sentence was imposed? Three concurrent terms of sixty (60) months incarceration
10. How much of the sentence has appellant served? 8/28/24 to 1/21/2025 and 4/2/25 to present
11. Is appellant challenging the conviction?    ● Yes  ○ No
12. Is appellant challenging the sentence?    ● Yes  ○ No
13. Has appellant filed a post-conviction motion?    ● Yes  ○ No
    If yes, what motion, date filed, and disposition: Motion to Vacate 2255:2/24/25/Denied 03/13/25
14. Is appellant incarcerated?    ● Yes  ○ No
    If yes, where: FCI Beckley, 1600 Industrial Rd. Beaver WV 25813
    If no, address: _____    Phone (___) ___-____
15. Has appellant moved for release pending appeal in District Court?    ● Yes  ○ No
    If yes, date filed _____ Disposition: Denied on 03/13/2025
    If no, does defendant intend to file such a motion in the District Court?    ○ Yes  ○ No
16. Will appellant file a motion for release pending appeal in court of appeals?    ● Yes  ○ No
17. Did appellant have court-appointed counsel in District Court?    ○ Yes  ● No
18. Does counsel appointed in District Court wish to continue on appeal?    ○ Yes  ○ No
19. Did defendant have retained counsel in district court?    ● Yes  ○ No
    If yes, will case proceed on appeal with retained counsel?    ● Yes  ○ No
    If no, will appellant seek appointment of counsel on appeal?    ○ Yes  ● No
    If no, has a motion to proceed in forma pauperis been filed?    ○ Yes  ● No
20. Has counsel ordered transcripts?    ● Yes  ○ No
21. If yes, from what proceedings: Hearing on Motion to Vacate 2255
22. If yes, when will transcripts be completed? Completed
23. Did counsel seek expedited preparation of sentencing transcripts?    ○ Yes  ● No

Signature: /s/    Date 05/02/2025
Name of Party George T. Pallas
Firm Address 2420 Coral Way Miami, FL 33145
Phone ( 305 ) 856-8580    Fax ( 305 ) 860-4828

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)