# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** UNITED STATES OF AMERICA

v.

DAN EDWIN WILSON

**Case No:** 25-3041

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Dan Edwin Wilson (Appellant)

### Counsel Information

**Lead Counsel:** Carolyn Stewart

**Direct Phone:** (813) 659-5178   **Fax:** ( ) -   **Email:** carolstewart_esq@protonmail.com

**2nd Counsel:** Carolyn Stewart

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

| | |
|---|---|
| June 17, 2025 | Respectfully submitted, |
| | /s/ Carolyn Stewart |
| | Carolyn Stewart |
| | Appellant's Attorney |
| | Stewart Country Law PA |
| | Plant City, FL 33567 |
| | T: 813-659-5178 |
| | E: carolstewart_esq@protonmail.com |