# THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA )
   *Appellee*, )
    )
   v. )     Case No. 25-3041
    )
DAN EDWIN WILSON, )
   *Appellant*, )
_____/

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME FOR FILING OPENING BRIEF

   The Defendant, **DAN EDWIN WILSON**, pursuant to D.C. Circuit Rule 27(g), moves for an extension of time to file his Opening Brief and as grounds for the substantial need for this extension, declares as follows:

   1) The brief is currently due to be filed on September 5, 2025, and this motion is filed at least five (5) days prior to that date. See Circuit Rule 27(g)(1)

   2) A large portion of the appellant's brief involves EO 10886 - the January 6 Pardon. Undersigned counsel initiated the process of receiving word through the US Pardon Attorney that the Pardon applies to the Appellant, Mr. Wilson. Whether the Pardon certificate will be amended to reflect the instant gun charges or a new Pardon will be issued is in the government's control for meeting with the POTUS as his schedule permits. Concurrently, co-counsels' schedules include other appeals that

are in competition for the same time. Those matters are not awaiting direction from the US Pardon Attorney and President.

3) Although imprisoned, Mr. Wilson consents to this extension.

4) The Appellant requests an extension of **forty-five (45) days** from the current due date of **September 5, 2025,** up to and including **October 20, 2025**.

5) No party objects to this request. On the contrary, undersigned counsel has been in contact with appointed amicus counsel for the Appellee, Alex Cave, Esq., and is authorized to represent to the Court that he has no opposition to the requested extension. See Circuit Rule 27(g)(2).

6) Absent the most extraordinary circumstances, the Appellant's Opening Brief will be filed by the requested due date.

WHEREFORE, based upon the foregoing, the Appellant respectfully requests that the Court grant the requested relief.

Respectfully submitted,

GEORGE T. PALLAS, P.A  
Counsel for Daniel Edwin Wilson  
2420 SW 22nd Street  
Miami, FL 33145  
305-856-8580  
305-860-4828 FAX  
george@pallaslaw.com  
By:/s/ *George T. Pallas*  
GEORGE T. PALLAS, ESQ.

**Certificate of Service**
I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on August 26, 2025.

        Respectfully submitted,
        GEORGE T. PALLAS, P.A
        2420 SW 22nd Street
        Miami, FL 33145
        305-856-8580
        305-860-4828 FAX
        george@pallaslaw.com
        By:/s/ *George T. Pallas*
        GEORGE T. PALLAS, ESQ.