# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3041**  **September Term, 2024**

1:23-cr-00427-DLF-1

Filed On: August 27, 2025 [2132214]

United States of America,

    Appellee

    v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

    Appellant

## **O R D E R**

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 20, 2025 |
| Appendix | October 20, 2025 |
| Brief for Amicus Curiae | November 19, 2025 |
| Appellant's Reply Brief | December 10, 2025 |

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Louis Karl Fisher
        Deputy Clerk