# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

**v.**

Dan Edwin Wilson

**Case No:** 25-3041

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Alexander J. Cave

### Counsel Information

**Lead Counsel:** Alexander J. Cave

**Direct Phone:** (202) 662-5696 **Fax:** ( ) - **Email:** acave@cov.com

**2nd Counsel:** Mark W. Mosier

**Direct Phone:** (202) 662-5435 **Fax:** ( ) - **Email:** mmosier@cov.com

**3rd Counsel:**

**Direct Phone:** ( ) - **Fax:** ( ) - **Email:**

**Firm Name:** Covington & Burling LLP

**Firm Address:** One CityCenter, 850 Tenth Street NW, Washington, DC 20001

**Firm Phone:** (202) 662-6000 **Fax:** ( ) - **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)