# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-3041**                                   **September Term, 2025**

**1:23-cr-00427-DLF-1**

**Filed On: October 7, 2025**

United States of America,

        Appellee

    v.

Dan Edwin Wilson, also known as Daniel
Edwin Wilson,

        Appellant


**BEFORE:**     Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to modify the briefing schedule, the response thereto, and the reply, it is

**ORDERED** that the motion be denied.  Appellant has not shown that any of the relief requested is warranted.  The parties are reminded that, pursuant to the court's July 3, 2025 order, if the government intends to submit any filings in support of its current position, it must do so by the same deadlines applicable to appellant.

## Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
      Laura M. Morgan
      Deputy Clerk