# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Alexander J. Cave

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5070
acave@cov.com

By CM/ECF

October 10, 2025

Clifton B. Cislak, Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave NW
Washington, DC 20001

Re:  *United States* v. *Wilson* (No. 25-3041)

Dear Mr. Cislak:

I was appointed by the Court as *amicus curiae* to "present arguments in support of the district court's" opinion and order in this case.  Doc. 2123693.  Earlier today, the Appellant in this appeal, Dan Wilson, filed a motion seeking a 14-day extension of his opening brief deadline from October 20, 2025, to November 3, 2025.  *See* Doc. 2139824.  The Court previously granted Mr. Wilson a 45-day extension after he sought, and I gave, my consent.  *See* Doc. 2132214 (granting motion at Doc. 2132113).  And earlier this week, the Court denied Mr. Wilson's motion to amend the briefing schedule to move the deadline for me to file my *amicus* brief from 30 days after Mr. Wilson's opening brief is filed to just seven.  *See* Doc. 2139166 (denying motion at Doc. 2134079).  My *amicus* brief is currently due on November 19, 2025.  *See* Doc. 2132214.

The revised briefing schedule Mr. Wilson proposes in his latest motion seeks much the same relief the Court rejected earlier this week:  Although Mr. Wilson urges the Court to extend the deadline for his own opening brief by 14 days, he urges the Court to retain the current *amicus* brief deadline.  *See* Doc. 2139824.  Mr. Wilson thus proposes to reduce my time to file my *amicus* brief from 30 days after Mr. Wilson's opening brief is filed to just 16.  For the reasons I have previously explained—including that Mr. Wilson has already agreed to consent to a 45-day extension of my deadline should I seek one, *see* Doc. 2135916—the Court should reject that request, which Mr. Wilson made without any notice to me or any request for my consent.  I take no position on Mr. Wilson's request to extend his own briefing deadline.

Respectfully submitted,

Alexander J. Cave

*Court-Appointed* Amicus Curiae