# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 25-3041 September Term, 2025

1:23-cr-00427-DLF-1

Filed On: October 16, 2025

United States of America,

    Appellee

    v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

    Appellant

**BEFORE:** Katsas, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time to file the opening brief and appendix, the response thereto, and the reply, it is

**ORDERED** that appellant may file his brief and the appendix on or before November 3, 2025. If appellant files his brief and the appendix on or before October 20, 2025, the briefing deadlines in the court's August 27, 2025 order will apply. If appellant files his brief and the appendix after October 20, 2025, the following briefing schedule will apply:

| | |
|---|---|
| Brief for Amicus Curiae | December 3, 2025 |
| Appellant's Reply Brief | December 26, 2025 |

If the government intends to submit any filings in support of its current position, it must do so by October 20, 2025, with any reply due by the same deadline applicable to appellant's reply.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk