# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3041**                          **September Term, 2025**

1:23-cr-00427-DLF-1

Filed On: November 3, 2025 [2143494]

United States of America,

      Appellee

    v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

      Appellant

## O R D E R

Upon consideration of appellant's motion for extension of time, it is

**ORDERED** that the following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 5, 2025 |
| Appendix | November 5, 2025 |
| Amicus Curiae Brief | December 5, 2025 |
| Appellant's Reply Brief | December 29, 2025 |
| Appellee's Reply Brief, if any | December 29, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Louis Karl Fisher
Deputy Clerk