# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3041**                          **September Term, 2025**

1:23-cr-00427-DLF-1

**Filed On: November 19, 2025**

United States of America,

        Appellee

    v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

        Appellant

---

**O R D E R**

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on November 3, 2025, be suspended pending further order of the court. It is

**FURTHER ORDERED**, on the court's own motion, that appellant and appellee file, within 21 days of the date of this order, motions to govern further proceedings addressing how this case should proceed in light of the President's November 14, 2025 pardon of appellant.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                              BY:     /s/
                                              Laura M. Morgan
                                              Deputy Clerk