**THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-3041**
_____

**UNITED STATES OF AMERICA,**                    **Plaintiff/Appellee,**

**v.**

**DAN EDWIN WILSON,**                              **Defendant/Appellant**.

**CONSENT MOTION TO DISMISS APPEAL PURSUANT TO FEDERAL
RULE OF APPELLATE PROCEDURE 42(b)(2) AND LOCAL RULE 42**

The Appellant, **DAN EDWIN WILSON**, through undersigned counsel Carolyn Stewart, respectfully moves this Court to dismiss his appeal under Fed. R. App. P. 42(b)(2) and local Rule 42; and provides the following in support:

The government conveyed in correspondence on November 17, 2025, that it has no objection to Mr. Wilson filing this Motion to dismiss under Fed. R. App. P. 42(b).

Mr. Wilson filed a timely appeal of an 18 U.S.C. § 2255 decision by the district court. The court below denied that the January 6 Pardon Proclamation applied to contraband found during the January 6th search of his property and ordered him to report to prison on April 2, 2025. Undersigned prepared and then filed Mr. Wilson's

Appellant's Brief and Joint Appendix on November 5, 2025. During the preceding months the undersigned petitioned and coordinated with the U.S. Pardon Attorney to resolve the Pardon issue. On November 14, 2025, President Trump signed a new Pardon for Mr. Wilson. (Attached herein). The Federal Bureau of Prisons released Mr. Wilson on November 14, 2025.

Undersigned counsel and Mr. Wilson had the opportunity to discuss the consequences of voluntary dismissal. Mr. Wilson attests in the attached affidavit that he is fully aware of the circumstances of his case. Given the President's new Pardon issued to Mr. Wilson on November 14, 2025, he wishes to voluntarily dismiss his appeal since this Court has no further relief it may afford him under his § 2255 appeal.

## <u>CONCLUSION</u>

WHEREFORE, appellant Dan Wilson respectfully requests that the Court dismiss the appeal.

November 25, 2025                    Respectfully submitted,

<u>/s/ Carolyn Stewart</u>
Carolyn Stewart
Appellant's Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
T: 813-659-5178
E: carolstewart_esq@protonmail.com

## CERTIFICATE OF COMPLIANCE

1.  I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) of the Federal Rules of Appellate Procedure. As measured by the undersigned's word-processing system used to prepare this motion, the motion contains 273 words.

2.  This document complies with the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a 14 point proportionally spaced roman style typeface (Times New Roman).

November 25, 2025

*/s/ Carolyn Stewart*
Carolyn Stewart
Appellant's Counsel


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.


November 25, 2025                    Respectfully submitted,

*/s/ Carolyn Stewart*
Carolyn Stewart
Appellant's Attorney