# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-3041**                          **September Term, 2025**

1:23-cr-00427-DLF-1

Filed On: January 16, 2026

United States of America,

      Appellee

    v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

      Appellant

## O R D E R

Upon consideration of appellant's November 25, 2025 consent motion to dismiss this appeal, and the affidavit in support thereof; appellant's December 2, 2025 motion to withdraw the November 25, 2025 consent motion to dismiss; appellee's motion to dismiss this appeal for lack of jurisdiction, the opposition thereto, and the reply; and appellant's January 13, 2026 consent motion to renew the November 25, 2025 consent motion to dismiss and to withdraw the December 2, 2025 motion to withdraw, it is

**ORDERED** that appellant's December 2, 2025 motion be deemed withdrawn. It is

**FURTHER ORDERED** that the motion to renew the November 25, 2025 consent motion be granted. It is

**FURTHER ORDERED** that the November 25, 2025 consent motion to dismiss be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2025).

The Clerk is directed to issue the mandate forthwith.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                   Laura Morgan
                                                   Deputy Clerk