# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3041**  September Term, 2025

1:23-cr-00427-DLF-1

Filed On: January 16, 2026 [2154636]

United States of America,

    Appellee

  v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

    Appellant

### M A N D A T E

In accordance with the order of January 16, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

        BY:    /s/
                  Laura M. Morgan
                  Deputy Clerk

Link to the order filed January 16, 2026